# Exhibit B

# AMENDED CHARGE

Received in EEOC on 2/7/2023

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>Amended:<br>563-2023-00624 |
|---|---|---|

and EEOC

State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.): Mrs. Erin Van Becelaere (aka Erin Little)

**Date of Birth**:

**Street Address**: 9

**City, State and ZIP Code**:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| Gray Media Group, Inc. d/b/a KCTV-5 | 500+ | (913) 677-7211 |

**Street Address**: 4500 Shawnee Mission Pkwy, Fairway KS 66205

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☒ OTHER (Specify below)  ☒ CONTINUING ACTION

**DATE(S) DISCRIMINATION TOOK PLACE** — Earliest / Latest

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I previously filed a Charge of Discrimination on December 5, 2022, having Charge Number 563-2023-00624. I wish to amend that Charge to include the following:

On January 31, 2023, I was scheduled to return to work after approved medical leave. I was interrogated concerning my protected activity and was informed that I was not to return to work. After, on February 6, 2023, I was informed that I was being removed off the air without reason. Such decision by Respondent is destroying my career. This is another act of retaliation.

ORIGINAL CHARGE:

Please see the attached narrative.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/7/2023

Charging Party Signature: [signed] EV

NOTARY — When necessary for State or Local Agency Requirements

[signed] Cindy Wagner    [signed] Cindy Wagner

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 7th Day of February, 2023

CINDY WAGNER
NOTARY SEAL — State of Missouri
My Commission Expires March 5, 2024
Clay County
Commission #12473798

EX. B

Erin Van Becelaere (aka Erin Little)
Charge Narrative
Page **1** of **2**

I am a 43-year-old woman who suffers from migraine headaches as well as other undiagnosed medical issues.

I began working as a Morning Meteorologist for KCTV5 (then owned by Meredith Corporation) in March 2018. In November 2021, I was promoted to Chief Meteorologist. My written contract runs through January 16, 2025. In December 2021, Gray Media Group, Inc. purchased KCTV5, and Andrew Stewart was named General Manager for KCTV5. Catherine "Kate" Glover was named as News Director for KCTV5 in February 2022.

After Stewart was hired as General Manager, I reached out to meet with him to discuss the weather strategy going forward in the new year. Stewart seemed distant with no interest - not the typical meeting between newly appointed General Manager and Chief Meteorologist. When I asked about Stewart's feelings about the weather strategy – and specifically about my new role as Chief Meteorologist – Stewart said, "It's not the deal I would have done, but I will honor it." He was obviously talking about me, my new role, and my contract with KCTV5.

I was forced to change my work schedule with less than two-weeks' notice and was subjected to discriminatory behavior by Stewart and Glover.

On August 5, 2022, I filed a formal complaint with Human Resources against Stewart that he was attempting to end my contract early with bullying and harassing tactics. No one from HR tried to contact me to investigate.

Over the next several weeks and months, I experienced blatant retaliation and discrimination, leaving me no choice but to submit numerous additional written complaints to upper management and Human Resources. Such retaliatory and discriminatory behaviors included, but were not limited to: changing my work duties and tasks, and omitting me from essential workplace communications.

In mid-October 2022, Stewart left his position as General Manager at KCTV. No explanation was given as to his abrupt departure. Still, no one from HR or upper management talked to me about my internal complaints.

On Thursday, November 17, 2022, I had an encounter with a stalker. KCTV failed to take the appropriate immediate protective actions as required by safety protocol. Due to the stress and fear, I left work early.

I was not scheduled to work on Friday, November 18, 2022, or Saturday, November 19, 2022.

I returned to work on Sunday, November 20, 2022, and did my job duties just as I would any other day. After working half of the day, I had a discussion with five of my colleagues and stated that I wanted them to know my truth and to hear my side of what had been going on. After the discussion, everyone returned to work without incident. I left for my dinner break. While gone, I received a phone call from corporate Human Resources, Laurel Berenguer, who instructed me not to return to work because there was an "incident" at work. I asked what it was and Berenguer said that we would discuss that the following day. I told Berenguer I had no idea what she was referring to, and that there was no reason for me not to return to work. Berenguer again said that she was "instructing" me to not return to work.

Within ten minutes of the phone call from Berenguer, I received a notification on my phone that I was listed as off work for the next three days. I called Assistant News Director, Aurora Nelson, and left a voicemail inquiring why I was removed from the schedule for three days. I received no response. About

Erin Van Becelaere (aka Erin Little)
Charge Narrative
Page **2** of **2**

---

five minutes later, at 6:12 p.m. on November 20, 2022, I discovered that I suddenly had no access to my work emails or computer. I then called Gary Amble and asked if he had been called into work. He confirmed that he had, but I felt compelled to tell Amble that I had no idea what was going on.

On November 21, 2022, I followed protocol and called in sick at 1:50 a.m. I spoke with the manager-on-duty, Nick Vlaskin, who then was to report to Glover and/or Nelson of my call-in. The next communication I received was a phone call from my Union Representative, Amy Rose. Rose informed me that Berenguer had attempted to hold a previously scheduled meeting that same day – despite my absence – and that Berenguer pretended as though she did not know why I was not there. I was then informed that I was placed on a paid three-day leave of absence so the company could investigate what happened at work the night before.

I have been placed on FMLA leave and have not returned to work. In the meantime, I have been informed that a new General Manager has been appointed at KCTV. I have learned that my innocent and legally protected conduct in talking truth and facts to work colleagues has been described by Station representatives as "disruptive" and "erratic." Such characterizations are false, defamatory, and extremely damaging to me.

Incredibly, the Station's authorized representative recently said the station will somehow "conclude its investigation" of my many internal complaints – but "without needing additional information from Ms. Little." That assertion reveals how pretextual and recklessly my employer treats my protected conduct.

I have been discriminated against due to my age, gender, and disability, as well as blatantly retaliated against due to my engagement in protected activity by internally voicing complaints of discrimination and retaliation to management. I seek all remedies as allowed to me by all applicable laws.

This charge should be deemed to be notice to all of Respondent's affiliates, officers, and the supervisors who interacted with me. These persons acted directly in each other's interests with respect to my employment and aided, abetted, incited, and/or compelled one another's acts. I am filing this charge individually and on behalf of all persons similarly situated. Based on information and belief, Respondent has engaged in a pattern and practice of discriminatory and/or retaliatory conduct. This description is a summary of the events highlighting several key points, and I reserve the right to add to or amend my allegations at a later time, including in litigation. What is stated herein is part of an ongoing, continual, and inter-related pattern and series of discriminatory, harassing, hostile environment, and retaliatory acts. I am filing this charge without prejudice to any rights I may have under any other laws of Kansas or any other jurisdiction.